# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2022

## NO. 03-22-00202-CV

**Big Lots Stores, Inc., Appellant**

**v.**

**Beth McLaughlin, Appellee**

### APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on March 24, 2022. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.